# United States District Court
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America | |
| v. | |
| STERLING FINNEY | Case No: 4:04CR556 HEA |
| | USM No: |
| Date of Previous Judgment: 6/7/05 | Felicia Jones |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)
### As to Counts I and II only

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  A. (see below)  months is reduced to  B. (see below) 

A. Counts I & II 24 months concurrent-Count III- 60 months consecutive to I & II    B. Counts I & II 18 months concurrent-Count III- 60 months consecutive to I & II

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 17 | | Amended Offense Level: 15 | |
| Criminal History Category: 1 | | Criminal History Category: 1 | |
| Previous Guideline Range: 24 * to 30 months | | Amended Guideline Range: 18 * to 24 months | |
| * As to Counts I & II | | * As to Counts I & II | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  6/7/05  shall remain in effect.

**IT IS SO ORDERED**

Order Date:  8/22/08 

Judge's Signature

Effective Date: _____
(if different from order date)

Henry Edward Autrey
Printed Name and title